No. 6160.—MARTÍNEZ, aplda. *v.* FELICIANO, aplte.—C. D. Ponce. —Noviembre 1, 1932.

Apareciendo de los autos de este caso que el apelante radicó el

17 de octubre próximo pasado una moción de prórroga para presentar alegato, la cual fué concedida para vencer el 16 del corriente mes, no ha lugar a la desestimación solicitada por la parte apelada.